STATE of Missouri, Respondent,

v.

Willie WILLIAMS, Appellant.

Willie WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 43835, WD 45094.

Missouri Court of Appeals,
Western District.

April 28, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 2, 1992.

J. Gregory Mermelstein, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of possession of a weapon on the premises of a correctional institution, § 217.360, RSMo 1986, and from sentence of fifteen years' imprisonment as prior and persistent offender.

Judgment affirmed. Rule 30.25(b).